# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2015

Robert P. Young, Jr.,
Chief Justice

149671

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

_____

In re FILIBECK Estate.

_____

HEIDI J. FILIBECK, Personal Representative of
the ESTATE of STEPHEN J. FILIBECK,
            Plaintiff-Appellee,

v

LAURA J. BEAL,
            Defendant-Appellant.

_____/

SC:  149671
COA:  315107
Menominee PC: 2011-000065-CZ

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this appeal is considered, and the appeal is DISMISSED with prejudice and without costs.  The request for a ruling notwithstanding the stipulation to dismiss is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2015



p0519

Clerk